# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATH VINCENT FULKERSON,<br><br>    Plaintiff<br><br>v.<br><br>FARMERS INSURANCE GROUP,<br><br>    Defendant | Case No.: 3:19-cv-00753-MMD-WGC<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

On March 18, 2020, the court issued an order granting Plaintiff's application to proceed in forma pauperis (IFP) and screened his pro se complaint. (ECF No. 3.) The court dismissed the complaint with leave to amend, and gave Plaintiff 30 days to file an amended complaint curing the deficiencies noted in the order. As of today's date, Plaintiff has failed to file an amended complaint; therefore, this action should be dismissed with prejudice.

## **RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITH PREJUDICE**.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's

Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

    2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: May 18, 2020

                                                        _____
                                                        William G. Cobb
                                                        United States Magistrate Judge