1

2

3                          UNITED STATES DISTRICT COURT

4                              DISTRICT OF NEVADA

5                                    * * *

6    HEATH VINCENT FULKERSON,                Case No. 3:19-cv-00753-MMD-WGC

7                          Plaintiff,        ORDER

8        v.

9    FARMERS INSURANCE GROUP,

10                         Defendants.

11

12          Before the Court is the Report and Recommendation ("R&R") of United States

13   Magistrate Judge William G. Cobb recommending that this case be dismissed for Plaintiff

14   Heath Vincent Fulkerson's failure to submit an amended complaint correcting the

15   deficiencies of his complaint noted in the screening order. (ECF No. 5.) Plaintiff has not

16   filed an objection to the R&R, although he had until June 1, 2020, to do so. (*Id.*) The Court

17   will adopt the R&R and dismiss this case.

18          This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

20   fails to object to a magistrate's recommendation, the Court is not required to conduct "any

21   review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474

22   U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir.

23   2003) ("De novo review of the magistrate judges' findings and recommendations is

24   required if, but *only* if, one or both parties file objections to the findings and

25   recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes

26   (1983) (providing that the court "need only satisfy itself that there is no clear error on the

27   face of the record in order to accept the recommendation").

28          The Court finds it unnecessary to engage in de novo review to determine whether

to adopt Judge Cobb's R&R and is satisfied that there is no clear error upon reviewing the docket. Plaintiff was advised that failure to submit an amended complaint by April 17, 2020, would result in dismissal of this case. (ECF No. 3 at 4.) That date has long passed, and Plaintiff has provided no such complaint. The Court therefore agrees with the R&R that dismissal of this action is warranted. *See Thompson v. Hous. Auth. of City of L. A.*, 782 F.2d 829, 831 (9th Cir. 1986) (recognizing that district courts have the inherent power to control their dockets and "[i]n the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal" of a case); *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissing case for failure to comply with court order).

It is therefore ordered, adjudged, and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 5) is accepted and adopted in full.

It is further ordered that this case is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED THIS 3rd day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE